**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 25-6983**

―――――――――

CHARLES HOUSE,

        Plaintiff - Appellant,

    v.

NURSE BREMAR,

        Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:25-cv-00165-JPB-JPM)

―――――――――

Submitted:  May 28, 2026                                          Decided:  June 2, 2026

―――――――――

Before WYNN, QUATTLEBAUM, and HEYTENS, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Charles House, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles House appeals the district court's order dismissing under 28 U.S.C. § 1915A(b)(1) his pro se complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order.[*] *House v. Bremar*, No. 5:25-cv-00165-JPB-JPM (N.D. W. Va. Oct. 23, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] House has filed a motion for judicial notice of a newspaper article. (ECF No. 10). We deny that motion.